### 2792.   Bone v. The State.

Hill, C. J.   1. It is not an abuse of discretion to refuse to grant a continuance upon the ground of the absence of a witness, where it appears that the absent witness was not subpœnaed, and that the applicant, by exercise of due diligence, could have had the witness subpœnaed.

2. No error of law is complained of, and there was evidence to support the verdict, and the judgment refusing a new trial will not be disturbed.

*Judgment affirmed.*

Russell, J., dissenting.   I think the motion for continuance should have been granted.

Decided October 14, 1910.

Accusation of misdemeanor; from city court of Danielsville—Judge Moseley.   June 17, 1910.

*Clarence E. Adams,* for plaintiff in error.

*Thomas J. Brown, solicitor-general, J. F. L. Bond,* contra.

### 2803.   Lawrence v. The State.

Powell, J.   The bill of exceptions was certified by the judge on June 17. It was not filed in the office of the clerk of the trial court until July 4. The writ of error must be dismissed because it was not filed within 15 days from the date of its certification, in compliance with § 5554 of the Civil Code of 1895.   *Jones* v. *State,* 7 *Ga. App.* 694 (67 S. E. 835); *Johnson* v. *State,* 5 *Ga. App.* 490 (63 S. E. 533); *Cook* v. *State,* 120 *Ga.* 137 (47 S. E. 562).                    *Writ of error dismissed.*

Decided October 14, 1910.

*P. P. Proffitt,* for plaintiff in error.

*Thomas J. Brown, solicitor-general,* contra.

### 2820.   Holliman v. The State.

Powell, J.   The evidence amply supports the verdict.

*Judgment affirmed.*

Decided October 14, 1910.

Accusation of misdemeanor; from city court of Tifton—Judge Eve.   June 20, 1910.

*J. B. Murrow,* for plaintiff in error.

*W. J. Wallace, solicitor,* contra.